THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PASQUALE STISO,

    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF JUSTICE, et al.,

    Defendants.

CIVIL ACTION NO. 3:18-CV-2375
(JUDGE MARIANI)
(Magistrate Judge Schwab)

## ORDER

**AND NOW, THIS** 15th **DAY OF JULY 2022**, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 35) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 12) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b);

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
Robert D. Mariani
United States District Judge